UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tasmon Salter, | File No. 20-cv-2253 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| J. Fikes, Warden FCI Sandstone, | |
| Respondent. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on May 5, 2021. ECF No. 11. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 11] is **ACCEPTED**;

2. Petitioner Tasmon Salter's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 9, 2021          s/ Eric C. Tostrud
                             Eric C. Tostrud
                             United States District Court